B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re    Maria Cristina Patel & Cyrus Yazdy Patel

Debtor

Case No.    10-45457-RBR

Chapter    7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: Ally Financial (f/k/a GMAC)

2. Amount of the debt subject to this reaffirmation agreement:
   $25,224.75 on the date of bankruptcy    $25,234.76 to be paid under reaffirmation agreement

3. Annual percentage rate of interest:  2.90%  prior to bankruptcy
   2.90% under reaffirmation agreement ( X Fixed Rate    Adjustable Rate)

4. Repayment Terms (if fixed rate): $490.70 per month for 55 months.

5. Collateral, if any, securing the debt: Current market value: $21,425.00
   Description: N09 CHEVEQUINOX VIN 2CNDL33F696245198

6. Does the creditor assert that the debt is nondischargeable?  Yes  X  No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement | |
|---|---|---|---|
| 7A. Total monthly income from Schedule I, line 16 | $4,276.91 | 7B. Monthly income from all sources after payroll deductions | $4,276.91 |
| 8A. Total monthly expenses from Schedule J, line 18 | $4,565.33 | 8B. Monthly expenses | $4,276.91 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J | $ Ø | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses | $ Ø |
| | | 10B. Net monthly income (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) | $ 266.12 |

B27 (Official Form 27) (12/09)                                                                                                            Page 2

11.   Explain with specificity any difference between the income amounts (7A and 7B):
_Income in Debtor column just went down since filing_

12.   Explain with specificity any difference between the expense amounts (8A and 8B):
_It includes reaffirm payment of $401.71_

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true correct.

_____                        _____
Signature of Debtor (only required if                  Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                            required if line 11 or 12 is completed)

Other Information

☐   Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:

_____
_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
                        Yes ✓         No _____

If the debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
                        Yes ✓         No _____

## FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on the Reaffirmation Agreement Cover Sheet.

_[signature]_

Alex T. Gumbs
Attorney for Debtors
_____
Print/Type Name & Signer's Relation to Case